IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| IN RE FAMILY DOLLAR FLSA LITIGATION | MDL DOCKET NO: 3:08-MD-1932<br>Judge Graham C. Mullen |
| *Concerning Phillips v. Family Dollar Stores of South Carolina, Inc., No. 3:12-cv-1950* | |

## ORDER OF DISMISSAL WITH PREJUDICE

This matter is before the Court upon the Parties' request that the Court conduct an in camera review of and approve confidential Settlement Agreement and Releases for Layonee Phillips. The parties desire to settle the claims of Plaintiff Phillips and further consent to the dismissal of the claims of Plaintiff Phillips with prejudice.

Plaintiff Phillips has, *inter alia*, asserted a claim against Defendant alleging violation of the Fair Labor Standards Act ("FLSA"). Accordingly, this Court has reviewed and scrutinized the Parties' confidential Settlement Agreement and Release. *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982).

Having conducted an in camera review of the Parties' confidential Settlement Agreement and Release, the Court is satisfied that the Parties' settlement of this contested case is fair, reasonable, and in the best interest of the Plaintiff. The Settlement Agreement and Release reflects a reasonable compromise of disputed issues. Plaintiff Phillips and Defendant are represented by counsel who have protected their respective rights in this matter.

For the reasons stated above, the Court approves the Parties' confidential Settlement

Agreement and Release.

IT IS, THEREFORE, ORDERED that Plaintiff's claims are hereby DISMISSED WITH PREJUDICE.

This  9th  day of  June, 2014.

/s/ Graham C. Mullen
Senior United States District Judge